# EXHIBIT B

# Kluger Healey, LLC
### Attorneys at Law

**LANCE N. OLITT**
lolitt@klugerhealey.com
Admitted in NJ & NY

165 Passaic Avenue, Suite 306
Fairfield, New Jersey 07004
P: (973) 307-0800
F: (888) 635-1653
www.klugerhealey.com

December 14, 2021

<u>Via Email & First Class Mail</u>
Amy E. Robinson, Esq.
Giskan Solotaroff & Anderson LLP
90 Broad Street, 10th Floor
New York, New York 10004

**Re:   Jessica Bristol v. Securitas Security Services USA, Inc.
          SDNY Case No. 1:21-cv-10636**

Dear Ms. Robinson:

As you know, this firm represents Securitas Security Services USA, Inc. ("Securitas"). It has come to our attention that you filed the above-referenced action yesterday, on behalf of Jessica Bristol, in the United Stated District Court, Southern District of New York. You have done so notwithstanding the fact that your client is unmistakably required to submit her claims to arbitration. This arbitration requirement was also confirmed for you on September 10, 2021, when my partner Mark Kluger, at your request, emailed you copies of the governing Dispute Resolution Agreement and the Dispute Resolution Agreement Acknowledgment signed by your client. Nevertheless, you and your client proceeded to now file her claims in Court, in knowing violation of the agreement to arbitrate.

On behalf of Securitas, we demand that your client voluntarily and immediately dismiss the Court action, so as to avoid the need for Securitas to file a motion to dismiss that case on the basis of the controlling Dispute Resolution Agreement. If we do not hear from you by the end of this week, we will presume that your client refuses to comply with her agreement to arbitrate, and that a motion is necessary. If compelled to file that motion, and given the knowing disregard of your client's agreement to arbitrate, we intend to seek appropriate sanctions, including all legal fees and costs associated with the motion.

Please be guided accordingly.

Very truly yours,

*Lance N. Olitt*

Lance N. Olitt

LNO:hs

___

**Tinton Falls, NJ**          **New York, NY**          **Philadelphia, PA**